U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 2 8 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00164)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO. 1:16-CR-0239

MAGISTRATE CASE NO.   1:16-MJ-0366

| X Indictment | Information | X Magistrate's Complaint |
|---|---|---|
| DATE: June 28, 2016 | DATE: | DATE: May 5, 2016 |

UNITED STATES OF AMERICA
vs.
AARON GLENDE, A/K/A ICYEAGLE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the **defendant in custody?**   X Yes   No
Is the **defendant in custody on this charge or other conviction?**   Yes   X No
Is the **defendant awaiting trial on other charges?**   Yes   X No
    Other charges:
    Name of institution:

Will **the defendant require an interpreter?**   Yes   X No

District Judge:
Magistrate Judge:

Attorneys:  Samir Kaushal and Kamal Ghali
Defense Attorney:  Allison Dawson