U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUN 2 8 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

AARON GLENDE, a/k/a ICYEAGLE

**Agent to Arrest**

Indictment/Information

**1:16-CR-0239**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, and request that warrant be lodged as detainer, in the above-stated case.

Samir Kaushal
Assistant United States Attorney

Kamal Ghali
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20__

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/29/16
BY: _____
**DEPUTY CLERK**

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94